■ In the Matter of the Claim of ROSALIE SABRE, Respondent, against MARIE SHERIDAN, INC., et al., Appellants, and EMPIRE MUTUAL INSURANCE COMPANY, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— Motion to dismiss appeal granted, without costs. Foster, P. J., Bergan, Halpern and Gibson, JJ., concur.